UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BOBBY D. GREEN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:15-cv-01244 |
| A. MCCLENDON, *et al.*, | ) ) ) | Judge Trauger |
| Defendants. | ) | |

## O R D E R

The plaintiff, proceeding *pro se*, is a resident of Nashville, Tennessee. He has filed a complaint in this court seeking redress for the alleged wrongful actions of a state court judge and several attorneys. (Docket No. 1). With his complaint, the plaintiff submitted an application to proceed *in forma pauperis.* (Docket No. 2)

By order entered on November 23, 2015, the court denied the plaintiff's application to proceed *in forma pauperis,* finding that the plaintiff's application failed to explain why he is unable to pay the filing fee in this action when his monthly income exceeds his monthly expenses and he has over $500 in his bank account. (Docket No. 3). The court granted the plaintiff 30 days within which to submit the full civil filing fee of $400 to the court if he wished to proceed in this action. (*Id.*)

On December 23, 2015, the plaintiff filed a motion for recusal. (Docket No. 6). In this motion, the plaintiff seeks the recusal of the undersigned on the basis that the court should have given the plaintiff an opportunity to elaborate on the information provided in his *in forma pauperis* application prior to denying him pauper status. The plaintiff then explains why he is unable to pay the filing fee in this action. The court construes the plaintiff's motion for recusal (Docket No. 6) as

1

a motion for reconsideration of the plaintiff's application to proceed *in forma pauperis* (Docket No. 2), which the court hereby **GRANTS**.

As the plaintiff has insufficient financial resources to pay the filing fee in this action, the Clerk will file the complaint *in forma pauperis*. 28 U.S.C. § 1915(a). However, process shall **NOT** issue.

Because the plaintiff is proceeding *in forma pauperis* in this case, the court must screen the complaint pursuant to 28 U.S.C. § 1915(e)(2). The court has reviewed the complaint and, for the reasons set forth in the accompany memorandum, finds that the complaint fails to state claims upon which relief can be granted. Accordingly, the complaint is hereby **DISMISSED**. Furthermore, the plaintiff's motion to supplement the complaint (Docket No. 6) is hereby **DENIED**.

This order constitutes final judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge